**Order entered March 4, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00705-CV

### CITY OF DALLAS, Appellant

### V.

### BRIAN LONCAR, SUE LONCAR, ET AL., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-06753-C**

## ORDER

The Court has before it appellant's February 28, 2013 unopposed motion for extension of time to file reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by April 8, 2013.

/s/      ELIZABETH LANG-MIERS
        JUSTICE